# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

THOMAS F. DWYER

_____

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been assigned)

-against-

UNITED KINGDOM GENERAL COMMUNICATIONS HEADQUARTERS (UK GCHQ)

MALCOLM JOHN TURNBS

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.



RECEIVED
AUG 22 2022
PRO SE OFFICE

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.



RECEIVED
AUG 22 2022
U.S.D.C.
W.P.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☒   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

USC Title 18 Sec 241; 4th, 5th, 13th, 14th AMENDMENTS TO THE US Constitution

8CFR Torture 208.18(a) , USC Title 18 CH113B 2332 b Acts Terrorism transcending

NATIONAL boundaries

+Conspiracy Against Rights

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , UK GCHQ , is a citizen of the State of
        (Plaintiff's name)

United Kingdom

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

ENGLAND

UNITED KINGDOM

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _MALCOLM JOHN TOMBS_____, is a citizen of the State of
      (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of
_ENGLAND_
_UNITED KINGDOM_____.

If the defendant is a corporation:

The defendants _UKGCHQ_____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _ENGLAND, UNITED KINGDOM_

and has its principal place of business in _ENGLAND UNITED KINGDOM___

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_THOMAS_____      _F_      _DWYER_____
First Name            Middle Initial    Last Name

_P.O. BOX 472_____
Street Address

_ORANGE, WALDEN_____      _NY_____      _12586____
County, City                 State            Zip Code

_NONE_____      _N/A NAN_____
Telephone Number         Email Address (if available)

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:   UNITED KINGDOM GENERAL COMMUNICATIONS HEADQUARTERS
First Name                                  Last Name

TELECOMMUNICATIONS
Current Job Title (or other identifying information)

10 DOWNING STREET
Current Work Address (or other address where defendant may be served)

LONDON           ENGLAND   UK              SWIA 2HA
County, City                            State                  Zip Code

Defendant 2:   MALCOLM   JOHN        TOMBS
First Name                                  Last Name

AFFILIATE UKGCHQ UK xxx
Current Job Title (or other identifying information)

7 TREGOWAN CLOSE
Current Work Address (or other address where defendant may be served)

STOKE ON TRENT       ENGLAND, UK          ST6 7EQ
County, City                            State                  Zip Code

Defendant 3:   _____        _____        _____
First Name                                  Last Name

_____        _____
Current Job Title (or other identifying information)

_____        _____
Current Work Address (or other address where defendant may be served)

_____        _____        _____
County, City                            State                  Zip Code

Defendant 4:

| First Name | Last Name |
|---|---|

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| County, City | State | Zip Code |
|---|---|---|

## III. STATEMENT OF CLAIM

Place(s) of occurrence: ENGLAND, UK (TELECOMMUNICATIONS)    NEW YORK USA

Date(s) of occurrence: Surveillance - TO DATE. TERRORISM 11|23|00. 10|9|02. 11|05 etc

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Surveillance without Warrant or Cause

Identity Theft

Exploitation for Information Warfare (Cyber Espionage)

Criminal Harassment

Data Mining by Force

Acts terrorism Transcending National Boundaries

Civil Conspiracy

Criminal Sexual Harassment

Slander | Libel / Advertising Injury

Witholding Evidence at Personal Expense

Business / Internet / Telecommunications Fraud

Economic Espionage Act violations

illicit use Radioactive Materials (Radiological dispersal devices)

Civil / Constitutional / Human Rights violations

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

INJURY OF PERSON AND LOSS OF PROPERTY DUE TO REASONS ACTS TERRORISM TRANSCENDING NATIONAL BOUNDARIES

HOSPITALISATION, PROPERTY THEFT, PROPERTY DAMAGE, PHYSICAL DISFIGUREMENT,

NOT LIMITED TO CIVIL CONSPIRACY SLANDER/LIBEL/ADVERTISING INJURY, DEFAMATION

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

700 (SEVEN HUNDRED) MILLION USD FROM UK GENERAL COMMUNICATIONS HEADQUARTERS

700 (SEVEN HUNDRED) MILLION USD FROM MR MALCOLM JOHN TOMBS         NOT LTD TO

USC TITLE 18 CH 50 SUB CHAPTER 1  § 1810 CIVIL REMEDIES SURVEILLANCE

USC TITLE 18 CH 113B §2333 CIVIL REMEDIES INJURY OF PERSON AND LOSS OF PROPERTY DUE TO REASONS ACT

TERRORISM TRANSCENDING NATIONAL BOUNDARIES

42 USC 1983

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| AUGUST 15. 2022 | |
|---|---|
| Dated | Plaintiff's Signature |

| THOMAS | F | DWYER |
|---|---|---|
| First Name | Middle Initial | Last Name |

P·O· BOX· 472
Street Address

| ORANGE, WALDEN | N Y | 12586 |
|---|---|---|
| County, City | State | Zip Code |

| NONE | N/A |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes  ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



**United States District Court**
**Southern District of New York**

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

Civil case(s) filed in the Southern District of New York:

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____

Name (Last, First, MI)

_____
Address            City            State            Zip Code

_____
Telephone Number              E-mail Address

_____
Date              Signature

Return completed form to:

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

# UNITED STATES FEDERAL DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X

**T. F. Dwyer**                                          X

**Plaintiff**                                            X

**V**                                                    X       **Trial by Jury Demanded**

**United Kingdom General Communications Headquarters** X

**Malcolm John Tombs**                                   X

**Defendants**                                           X

--------------------------------------------------------X

**COMPLAINT** against United Kingdom General Communications Headquarters {UK

GCHQ} contact to include but not limited to 10 Downing Street, London SW1A 2AA

England. **Complaint** against UK GCHQ for Criminal Fraud, Criminal Negligence, for Civil

conspiracy {Conspiracy against rights} , for Surveillance of Plaintiff by Wireless {aka Cyber

Surveillance} without Warrant or Cause on a 24/7//365 basis resulting in the Interception of

Plaintiffs Oral/ Electronic/ Written Communications ; for False imprisonment by the use of

"HCT/ BCI" {Human Computer Technology/ Brain Computer Interface which is akin to

being on an "Electronic leash by Force}; for Illegal Search and Seisure, Conversion of property

{Property Theft}, for Assault, for Battery, for Major inconveniences; }, for Exploiting Plaintiff

for Information Warfare purposes {Theft of services}, for Criminal Sexual harassment;

for Strict Liability {Mr Tombs accessing its UK GCHQ Radar Digital Communications Systems

{Re COMPLAINT Malcolm John Tombs} for Acts terrorism transcending national boundaries

resulting in Injury of person and loss of property, for Business/ Internet/ Telecommunications

Fraud. UK GCHQ {note "Communications" using Radiological Dispersal Devices/ Direct Energy Weapons Facilitated by Digital Radar Communications Systems/ Radar Target Aquisition Systems/ Radar Threat Weapons Systems for Cyber Surveillance/ Cyber Terrorism/ Cyber Sex; Exploitation of Plaintiff {Theft of Services} for Information Warfare purposes at Plaintiffs expense {and Public expense}.

UK GCHQ having No Rule of Law, No Accountability as to Who accesses and uses its "Communications" Systems, No Oversight of its Acts Denies Plaintiffs Civil/ Constitutional {Especially the Fourth Amendment}/ Human rights and ultimately the most basic of  Human rights of the Public {by use of its "Radar Digital Communications Systems for Transnational Cyber Surveillance/, Cyber Terrorism, Cyber Sex by the abuse of Current/ Emerging/ Next Generation Technologies.

Technology not limited to Human Computer Technology/ Brain Computer Interface done by Subdural Radiation penetration of the Head {Cyber Surveillance by Brain Wave Monitoring.

Plaintiff seeks from Defendant UK GCHQ {United Kingdom General Communications Headquarters} $700 {Seven Hundred}Million} USD {United States Dollars}.

As Complaint is Filed Pro SE, it is not expected to have as high standards as practicing Attorney.

T. F. Dwyer

P. O. Box 472

Walden, New York 12586

Signed--------------------------------

Dated--------------------------------

Documents supporting Complaint against UK GCHQ follow Complaints

Reference Public Website UK Ministry of Defense
https://assets.publishing.service.gov.uk/government/uploads/system/uploads/attachment_data/file/344563/20140808_MOD_Acronyms_and_Abbreviations.pdf includes

DEU Display Electronics Unit

DEW Directed Energy Weapon



# ACT | ACTION COUNTERS TERRORISM

## AWARENESS E-LEARNING

### Certificate of completion

# T Dyer

has successfully completed all modules of the
ACT AWARENESS E-LEARNING, this comprises:

1. Introduction to Terrorism
2. Identifying Security Vulnerabilities
3. How to Identify and Respond to Suspicious Behaviour
4. How to Identify and Deal with a Suspicious Item
5. What to do in the Event of a Bomb Threat
6. How to Respond to a Firearms or Weapons attack

**Date of completion:  13th December 2019**

**Chief Supt Michael Orchard**
**National Coordinator 'Protect & Prepare'**







**Monitoring:**1. The act of listening, carrying out surveillance on, and/ or recording the emissions of one's own or allied forces for the purpose of maintaining andi mproving procedural standards and security, or for reference, as applicable.[JP1] 2. The act of listening, carrying out surveillance on, and/ or recordingof enemy emissions for intelligence purposes. [JP1] 3. The act of detecting the presence of signals, such as ███████████ ██████, sound or visual signals, and the measurement thereof with appropriate measuring instruments. 4. The act of detecting the presence of ██████ and the measurement thereof with ███████ measuring instruments.Synonym- █████████monitoring, [JP1]





----------------------------------------------------------------

https://nypost.com/2004/02/27/british-bugged-annan/   British Bugged Annan by

Niles Lathem

February 27, 2004 5:00am

WASHINGTON – The United Nations was rocked by a spy scandal yesterday when a former British Cabinet minister said her government eavesdropped on Secretary-General Kofi Annan during the prelude to the Iraq war.

The cloak-and-dagger allegations were made by Clair Short, Britian's former development secretary, who said in a bombshell interview that she read transcripts of Annan's private conversations when she was in British Prime Minister Tony Blair's Cabinet.

Short's claims created an uproar in Britain where Blair called her "deeply irresponsible" – but he did not deny his government spied on Annan during the stormy U.N. debate about whether to go to war in Iraq last year.

At U.N. headquarters in Manhattan, Annan's spokesman called the spying operations illegal and demanded that they be stopped if they are occurring.

The United Nations has long been regarded as a nest of spies and it's been no secret for decades that the United States and most other delegations have major espionage operations going on out of their diplomatic missions.

Forests of high-tech antennas and sensors are clearly visible from the rooftops of nearby buildings.

But Short's allegations represent the first time that an intelligence service may have bugged the offices and communications of the U.N. secretary-general.

"These things are done. And in the case of Kofi's office, it's been done for some time," Short told the BBC.

"I know I have seen transcripts of Kofi Annan's conversations. In fact, I have had conversations with Kofi in the run-up to the war thinking, 'Oh dear, there will be a transcript of this and people will see what he and I are saying,' " added Short, who was against the Iraq war and recently called for Blair to resign.

U.N. spokesman Fred Eckhard said spy operations against the secretary-general would "undermine the integrity and confidential nature" of global diplomacy and are illegal under at least three statutes of international law and the U.N. charter.

"We are not in a position to determine whether this is true or not. We are throwing down a red flag and saying if this is true, stop it," he said.

XXXXXX Record
Out of Control Driver

Published: 2:00 AM – 11//XX/05

Last updated: 3:30 PM - 12/17/10

XXXXXX— Benedetto Musetti was fiddling with his credit card at the Hess station's pump on Tuesday when he heard the crash. He looked over the truck bed of his silver 2003 Nissan Frontier and across the bottleneck intersection of Routes XXX and XX in downtown XXXXXX. A gray Chevy Cavalier was barreling through the busy intersection. It had rear-ended a tan 2003 Buick Regal, driven by Melissa King of XXXXXX, passing the statue of President William McKinley and heading across Main Street, toward the gas station. "My first reaction was, 'This must be a car chase,' " said Musetti. "I was looking for the cops and thinking, 'he's not going to hit me ?' "

The Chevy slammed into the front end of Musetti's pickup, denting the driver's side door and twisting the left front tire.
Musetti was on the other side as the impact pushed his truck into the guardrails around
The pumps. The erratic car then veered back across Main Street and into XXXXX' Appliances, crumbling some brickwork and shattering a display window. John XXXXXwas in his store at the time.
"How he came across the street and into the building without hitting another car or a person, I > have no idea," he said. Musetti ran across the street.
"You just hit my truck!" he screamed.
He said the driver told him he'd had a seizure.
XXXXXXpolice are still trying to piece together the rest. They know the driver's name:XXXXXX X XXXX  He's 51 and lives inXXXXXXXX. They said he wasn't wearing a seat belt and was unresponsive and foaming at the mouth when they arrived. Police said there was no evidence of drugs or medications in XXXXX car. He was transported to St. Luke's XXXXXXXX Hospital in XXXXXXXX, but when police followed up, the hospital said XXXX had checked himself out. Police don't know if XXXXX has health problems, because his medical records are  confidential.
No charges were filed, but police said they will report the accident to the Department of Motor Vehicles.

Alexa James

---------------------------------------------------------------------------------

**Investigatory Powers Tribunal**
P.O.Box 33220
London
SW1H 9ZQ

### <u>NOTICE OF DECISION</u>

Pursuant to Section 67 of the Regulation of Investigatory Powers Act 2000 (as amended) (RIPA)
and Rule 15 (5) of the Investigatory Powers Tribunal Rules 2018 (the Rules)

TOM DWYER - v – GCHQ

IPT19/107/CH

- The Tribunal has considered the complaint and section 7 proceeding brought.

- The Tribunal has determined that your complaint and section 7 proceeding fall within section 67(4) of RIPA. The Tribunal is therefore under no duty to hear, consider or determine the complaint/proceedings.

- Under Rule 15(5) of the Rules the Tribunal is required to inform the complainant of any reasoning for this decision that they consider appropriate.

- The Tribunal have carefully considered your applications and have concluded that they are clearly unsustainable, that is to say that they have no possible prospect of success. These complaints are inherently implausible; there is no objective evidence to support them; and no reasonable explanation as to why the complainant would have been selected for such treatment.

- RIPA does not provide for any right of appeal from this decision which is therefore final and the Tribunal is not able to enter into any further correspondence.

**SIGNED Tribunal Secretary**

**DATED 25<sup>th</sup> October 2019**

A/Civil Secretary
Army Personnel Centre
Mail Point 501
Kentigern House
65 Brown Street
GLASGOW G2 8EX

Ref: FO█████████
E-mail: APC-Sp-ParlBus-Mailbox@mod.uk
Mr █████

Dear Mr █████

Thank you for your email of 06 October requesting information regarding a Malcolm John Tombs.

I am treating your correspondence as a request for information under the Freedom of Information Act 2000 (FOIA). The information you have requested falls entirely within the scope of the absolute exemption provided for at section 40 (Personal Data) of the FOIA. Section 40 is an absolute exemption and there is therefore no requirement to consider the public interest in making a decision.

If you have any queries regarding the content of this letter, please contact this office in the first instance.

If you wish to complain about the handling of your request, or the content of this response, you can request an independent internal review by contacting the Information Rights Compliance team, Ground Floor, MOD Main Building, Whitehall, SW1A 2HB (e-mail CIO-FOI-IR@mod.uk). Please note that any request for an internal review should be made within 40 working days of the date of this response.

If you remain dissatisfied following an internal review, you may raise your complaint directly to the Information Commissioner under the provisions of Section 50 of the Freedom of Information Act. Please note that the Information Commissioner will not normally investigate your case until the MOD internal review process has been completed. The Information Commissioner can be contacted at: Information Commissioner's Office, Wycliffe House, Water Lane, Wilmslow, Cheshire, SK9 5AF. Further details of the role and powers of the Information Commissioner can be found on the Commissioner's website at https://ico.org.uk/.

Yours sincerely

A/Civil Secretary

------------------------------------------------------------------------

# UNITED STATES FEDERAL DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | |
|---|---|
| T.F. Dwyer | X |
| Plaintiff | X |
| V | X **Trial by Jury Demanded** |
| United Kingdom General Communications Headquarters | X |
| Malcolm John Tombs | X |
| Defendants   CONTINUED | X |

---------------------------------------------------------------X

**COMPLAINT** against Malcolm John Tombs {DOB ███████ Residingg at ██ ████████████████████████████████ England UK}.. Mr Tombs as an afiiliate of UK General Communications Headquarters and the UK Ministry of Defense. Mr Tombs, is also an afiiliate of those and does Business in the United States. Therefore Mr Tombs is Subject to United States Law.

**Complaint** against Mr Tombs is inclusive of Professional Misconduct, Misrepresentation, the Abuse of power, Civil, Constitutional {especially the Fourth Amendment to the United States Constitution of the Right to Security of Person/ Place/ Property/ Effects}, Human rights violations of Plaintiff, Civil conspiracy {Conspiracy against rights}, Criminal Fraud,   Criminal Negligence, False Arrest, False Imprisonment, Illegal Search and Seisure, Conversion {Property theft,; Assault and Battery, Major Inconveniences, Data Mining, Identity Theft, Theft Theft of Services, for the Theft of Proprietory/ Intellectual/ Trade Secret/ Copyright Property; Surveillance on a 24/7/365

basis by ███████ Monitoring {aka Cyber Surveillance} of Plaintiff with No Warrant or Cause,  the Interception of Oral/ Electronic/ Written Communications,  Exploitation for purposes of including ████████████ {ala Cyber ████████/ ████████; Theft of Services}, Computerr Intrusion and the Theft of Magnetic/ Digital Data, Property Theft {Grand Larceny}/ Property Damages, Criminal Harassment, Criminal Sexual Harassment, Injury of person and loss of property due to reasons Acts terrorism transcending national boundaries {by use of Radiological Dispersal Devices/ Direct Energy Weapons Facilitated by Space Based Platforms/ UK ████████ Group as a ██████}, Slander/ Libel/ Advertising Injury and Torture {Data Mining by Force}, for the withholding of Magnet/ Digital Evidence at Plaintiffs expense {Fraud by Wire Radio or Television}, and for Business/ Internet/ Telecommunications Fraud..

**Plaintiff seeks $700 {Seven Hundred} Million USD from Defendant Malcolm John Tombs**.

As an Alumni of the ██████ of Cognitive and Computing Sciences/ ██████ of "Informatics" University of ██████ England, UK with a  Degree in "████████████", Mr Tombs   abusies Current/  Emerging/ Next Generation Technologies to include Human Computer Technology/ Brain Computer Interface {HCT/ BCI}, Artificial Intelligence {A.I.}, Artificial ██████ Networking {ANN}, Virtual Reality {VR}, Robotics, Sympathetic ████████/ ██████/ Signals Processing, Spectral Imaging, ██████ Digital Digital Communication Systems {"██" including for Acoustic Sound Waves, etc} ██████ Target Aquisition Systems by the use of ████████████ ██████/{RDD,s} Direct  Energy Weapons{DEW}.

████████████████/ Direct Energy Weapons being used by Mr Tombs for Cyber Surveillance/ Cyber stalking of Plaintiff  by the Monitoring, from Remote, of Plaintiffs Brain Waves {Subdural ██████ Penetration of the Head for HCT/ BCI as in

"'MRI".} on a 24/7/365 basis Surveillance by Wireless. Effect of HCT/ BCI as done by Mr Tombs is akin to being on an "Electronic Leash" {Extraordinary Rendition} on a 24/7/365 basis. Envisioning effects a Magnet/ Iron Filings have to each other.

Identity Theft is done by Mr Tombs by the same use of ███████████████/ Direct Energy Weapons as used for Cyber Surveillance. The Wireless Theft of Plaintiffs Identity includes Social Security, Bank Information. Information taken by Mr Tombs by the use of ██████████████/ Direct Energy Weapons had by Polygraphing by Force; {Including by Word/ Picture/ Sound Association by HCT/ BCI and ████ Digital Communications Systems.

Identity Theft of Plaintiff by Mr Tombs not limited to Facial Recognition, Iris Scanning, Tracking Eye Movements, ████ Mapping, ████ Mapping, ████ Mapping, Voice Recording/ Analysation, Foot Printing, ████ Printing; the Monitoring of Heart/ Breathing Rate and Bodily Functions on a 24/7/365 basis by Wireless {Conspiracy against rights; Fraud by Wire Radio or Television; Internet and Telecommunications Fraud}.

Data Mining by Force {aka Torture} by Mr Tombs using ████████████████ ██████/ Direct Energy Weapons for ████████ Monitoring of Plaintiff includes that of 24/7/365 Subliminal Forced Speech {HCT/ BCI etc}; Co-ercive Forced Speech {Chattering by the use of HCT/ BCI}; Polygraphing on a 24/7/365 basis; Programming, "Psychological operations" of Tone Bursts/ Tone Drops, Acoustic Sound Waves, Reproduction of Sounds from the Environment {Car Horns etc}, "Voices", "Popping" Sounds, seemingly emanating from Dwelling Walls, {by use HCT/ BCI, Radar Digital Communications Systems}; Sleep Deprivation {White Noise}, Simulated Waterboarding/ ████Deprivation; Simulated Rape/ Sodomy {use Technology of Sympathetic ██████/ Tele███████}; Shocks ██████} to Brain and Extremities {including use HCT/ BCI and ANN}, Forced "Dream" Sequences {Digital Data Loops/ Feedback, Props etc} Flailing of Arm during Sleep {ANN}, Cramping of Leg Muscle, Irradiation of the

Privates, Denial of Property ownership {use Conspirators/ Afilliates} and what is Termed "██"

for 24/7/365 Criminal Harassment and Criminal Sexual Harassment. All of which violations

by Mr Tombs not limited to the Fourth Amendment to the United States Constitution. Mr

Tombs causes Injury of person and loss of property due to Acts terrorism transcending

national boundaries by Wireless {aka Cyber Terrorism}. Terrorism by Wireless {Cyber

Terrorism and is akin to being hit with a TASER without Wires} is by the use of ███████

███████/ Direct Energy Weapons {Deadly Force} and is Facilitated again, by Space

Based Platforms {WMD}. Cyber Terrorism is also Termed "██/ ██/ RI". "██/ RI" are Divisions

of ███████Warfare resulting in ███████ Incapacitation {RI} leading to Injury of person and

loss of property due to reasons Acts terrorism transcending national boundaries; to Slander/ Libel/

Advertising Injury of Plaintiff.

"RI" as done to Plaintiff by Mr Tombs is by the of ████████████████/

Direct Energy Weapons and is the use of Deadly Force {against Plaintiff}. Mr Tombs

causing Injury of person and loss of property due to Acts terrorism transcending national

boundaries by Wireless {aka Cyber Terrorism}. Cyber Terrorism Division of ███████

Warfare {██} and done by ███████████ {Signals ███████ or "RI"}. Cyber Terrorism is done

by Mr Tombs by the use of ██████████████/ Direct Energy Weapons.

The use of ██████████████/ Direct Energy Weapons are Facilitated by

Mt Tombs Accessing and using Radar Digital Communications Systems; Space Based

Platforms {UK ███████ Group} as a ██████}.

Mt Tombs, by the use of ██████████████/ Direct Energy Weapons

Facilitated by Space Based Platforms initiates Acts terrorism transcending national

boundaries Resulting in Events {at Plaintiffs expense} in Orange County, New York. Mr

Tombs withholds Evidence {██/ ██/ Signals Processing "Real Time" Events}of

those, by Name, Specific Locations and Numbers having deliberately and willfully

conducted the Retaliation against an informant {to a Federal agency}; Civil conspiracy {Conspiracy against rights}, Criminal Fraud, Criminal Negligence, Civil/ Constitutional/ Human rights violations; Perjury/ Subordination of perjury/ False declarations before courts; the Falsification of "investigations", Obstruction of "Investigations"/ Obstruction of Justice; the Deliberate Mis- identification of "Potential Evidence", the Deceit and concealment of Terrorist information, Property theft/ {Grand Larceny} Property Damage, Slander/ Libel/ Advertising injury of Plaintiff. The same persons having Facilitated Acts terrorism transcending national boundaries and Economic Espionage Act violations then Conspired to commit offense and to defraud the United States. Proven by the Filing of False instruments held in each Location by Named.as Threats to Public Safety and Security, as Threats to United States Cyber and Information Infrastructure, as Threats to the United States Department of Defense, and as a Threat to the United States War on Terrorism.

Mr Tombs England, by the abuse of Current/ Emerging/ Next Generation Technologies of including Human Computer Technology/ Brain Computer Interface {HCT/ BCI} on a 24/7/3655 basis {at Plaintiffs expense}; the Access and use of ███ Digital Comunications Systems, ███ Target Aquisition Systems, ███ Threat Weapons Systems for Transnational Organised White Collar Crime, Denies Plaintiffs Constitutiona; rights including the Denial of the Right to Security of Person/ Place/ Property/ Effects {Fourth Amendment to the United States Constitution} as well as Civil and Human rights.

Mr Tombs, by the access of ███ Threat Weapons Systems conducts Terrorism by Wireless resulting in Injury of person and loss of property.

Mr Tombs conducting Internet and Telecommunications Fraud by the use of ███████ ███████/ Direct Energy Weapons {Facilitated by Space Based Platforms aka ███} has No Rule of law in either England or the United States and No Accountability or Oversight as to use and abuse of Current/ Emerging/ Next Generation Technologies at Public expense.

Mr Tombs as a Sex Predator among the Public has No Accountability as to the Accessing and use of ███ Digital Communications Systems, ███ Threat Weapons Systems or ███ Target Aquisition Systems as used for Cyber Surveillance/ Data Mining by Force {Cyber ████/ ████; Identity theft; Exploitation; Theft of Services; Cyber Terrorism or ██/ ██/ ██ {Acts terrorism transcending national boundaries}, Criminal Sexual Harassment, Cyber Sex, Criminal Harassment at Plaintiffs expense. Mr Tombs is a Threat to the Global War on Terrorism, a Threat to Personal and Public Safety and Security, a Threat to Cyber and Information Assurance, and a Threats to Civil/ Constitutional and Human rights.

**Plaintiff seeks   from Defendant   Mr   Malcolm John   Tombs   $700 {Seven Hundred} Million   USD   {United   States   Dollars},** Release of Magnetic/ Digital Evidence as held by Mr Tombs at Plaintiffs expense; to Plaintiff; Expungement of Plaintiffs Records, Restoration of any and all Stolen Property of Plaintiff due to Mr Tombs Criminal Fraud; and Return of Any and All Information, as Defined under the Freedom of   information Act {Any Magnetic/ Digital information of Plaintiff held in Any Storage retrieval system {including   Quanum   Computing} as had by Mr Tombs, Mr Tombs afilliates including of   that Disseminated to other agencies.in US or UK and Mr Tombs is to give Plaintiff his Original Sand coloured Beret as given by his Military Unit {██ "sas"} and the Costs of this Civil Action as well as Civil and not limited to Punitive redress.

As Complaint is Filed Pro Se it is not intended to be held to as high a standard as practicing attorney

T. F. Dwyer     Plaintiff

P. O. Box 472

Walden, New York 12586

Signed----------------------

Dated---*August 15 2022*-------

**From:** ██████ - CEO  <██████@██████intelligence.com>
**To:** "██████.com" <██████.com>
**Sent:** ██████ PM UTC
**Subject:** your e-mail

█...thank you for your e-mail...which was forwarded to me today ......the specific areas you noted are of high interest to us...& are no doubt "horizon threat" issues that have arrived today....

█

██████ intelligence
Chief Executive Officer
Miami Office - ██████
London Office - + ██████
(EMAIL) ██████ @ ██████**intelligence.com**
(MOBILE) ██████
██████**intelligence.com**
*"intelligence for such a time as this"*

## COMPLAINT- . Suppotrting Documents re Dwyer V UK

# General Communications Headquarters and Malcolm John Tombs

## USC Title 18 Part I Ch 113B § 2332h - Radiological dispersal devices

(a) Unlawful Conduct.—

(1) In general.—Except as provided in paragraph (2), it shall be unlawful for any person to knowingly produce, construct, otherwise acquire, transfer directly or indirectly, receive, possess, import, export, or use, or possess and threaten to use—

(A )any weapon that is designed or intended to release radiation or radioactivity at a level dangerous to human life; or

(B )any device or other object that is capable of and designed or intended to endanger human life through the release of radiation or radioactivity.

(2) Exception.—This subsection does not apply with respect to—

(A )conduct by or under the authority of the United States or any department or agency thereof; or

(B) conduct pursuant to the terms of a contract with the United States or any department or agency thereof.

(b) Jurisdiction.—Conduct prohibited by subsection (a) is within the jurisdiction of the United States if—

(1) the offense occurs in or affects interstate or foreign commerce;

(2) the offense occurs outside of the United States and is committed by a national of the United States;

(3) the offense is committed against a national of the United States while the national is outside the United States;

(4) the offense is committed against any property that is owned, leased, or used by the United States or by any department or agency of the United States, whether the property is within or outside the United States; or

(5) an offender aids or abets any person over whom jurisdiction exists under this subsection in committing an offense under this section or conspires with any person over whom jurisdiction exists under this subsection to commit an offense under this section.

(c) Criminal Penalties.—

(1) In general.—-Any person who violates, or attempts or conspires to violate, subsection (a) shall be fined not more than $2,000,000 and shall be sentenced to a term of imprisonment not less than 25 years or to imprisonment for life.

(2) Other circumstances.— Any person who, in the course of a violation of subsection (a), uses, attempts or conspires to use, or possesses and threatens to use, any item or items described in subsection (a), shall be fined not more than $2,000,000 and imprisoned for not less than 30 years or imprisoned for life.

(3) Special circumstances.— If the death of another results from a person's violation of subsection (a), the person shall be fined not more than $2,000,000 and punished by imprisonment for life.

----------------------------------------------------------------------------------------------------

# Human Centered Technology Group



**██** of Cognitive and **██████** Sciences

**University of** ██████

### HCT: Human Centred Technology- Group

We are a group of researchers who are interested in the design, implementation, and Use, of human-centered technologies.

**Our main objectives are**:

**Research**   {i} to develop frameworks for understanding how people interact with and communicate through technology;

**People**                     ;

**Projects**          .  {ii} to apply this understanding to develop and support innovation.

**Publications**      Research areas include:

**Seminars**                interactive learning environments and educational soft ware

**Collaboration**      intelligent tutoring systems

**Workshops**          collaborative and networked technologies

                              intelligent agents

                              visualization and medical information systems

                              interactivity, external representations, multimedia and virtual reality

                              telematics and virtual collaborative environments

                              software design and use

**Links**

██████      There are TWO Human-Centred Technology Labs:

----------------------------------------------------------------------------

**Mr Tombs Alumni University of** ███ **Brighton, England UK using "Radar**

**Digital Communications, HCT/ BCI   by** ██████ **monitoring of Plaintiff   States**

{to Plaintiff} Including-

## "WE CAN MAKE YOU COMMIT A CRIME"

"We do this to everybody- Why not you?"

"We deal with fuckups like you"

"You,re on an "Electronic Leash"

"We,ll be inside your Head till you,re Dead"

"Memories- They,re mine"

"We can pin you down with Radiation"

"Tom, We,d like to get to know you better- Will you fuck me in the ass?"

"Ow! Tom- You,re hurting me- Get your dick out of my ass"

"You,re an Experiment"

"I Drink, I Smoke, I Fuck children too you cunt"

"Child molestation Unit"

"I want a Christmas Blowjob"

"Go wash your cock it stinks- I said Go wash your cock"

"Niggers for Sale"

"Tom plays with his Dick"

"Did you ever play stink finger?"

"Why don,t you cry, You homo cunt?"

"Why do you let me run around in your Head?"

"You gd cunt- I,m making Tapes of everything that,s in your Head"

"You gd cunt- Your info aint shit"

"Do you suck dick Tom?- Suck a dick"

"I would,nt tell anyone that I fucked a dog"

"You,d Fuck a   Dog in an instant"

"I,ll be in your Head till you,re dead"

"Don,t you want to eat your Father?"

"We,ll put your Mother in the ground"

  "You like your dick"

"Did you ever have sex before?"

"We have your sex"

"Can I touch your dick?"

"We saw what those cops did to you"

"We can cook your Brain"

"We gave you a shock to se if you could take it"

"Have you ever seen a womans vagina?"

"Would you suck elephants dick?"

"We can ███ everything you can see"

"Tasty meatus"

"Blowjob"

"If I go to prison, I,ll have every sas member on your ass"

"We,ll steal everything you own"

"We tried to kill you- We thought you were an animal" etc.

Mr Tombs UK as a Sex Predator accessing ███ Digital Communications Systems for "XT" conducting Criminal Sexual Harassment.. M Tombs abusining ████████████ ██████/ Direct Energy Weapons defraud the Global "War on Terrorism" and the United States Constitution.

Students Name and Initials _____ THOMAS M

| COURSES | | Year | Term | Group | Tutor(s) |
|---|---|---|---|---|---|
| A. Preliminary Examination Courses | | | | | |
| S.P.M. (1a) | | 1969 | 1 | /AS/18 | Dr. R. Rothwell |
| ▓▓▓▓ (2a) | | | | | Dr. G.H. Lawden |
| ▓▓. ▓▓. (6) | | | | | Dr. R. Holmes |
| ▓▓▓▓ (1a) | | 1970 | 2 | 1/AS/8 | Dr. R. Rothwell |
| ▓▓▓▓ (2a) | | | | | Dr. G.H. Lawden |
| ▓▓. S.I. (6) | | | | | Dr. G. Williams |
| B. Final Examination Courses | | | | | |
| ▓▓▓▓ I | | 1970 | 3 | 1/AS/18 | Dr. B. Harris |
| ▓▓▓ ▓I | | | | | Prof. R.L. Grims▓ |
| ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ | | | | | Dr. G. Williams |
| ▓▓▓▓▓▓ I | | 1970 | 4 | ▓/AS/18 | Dr. R.P. Brann |
| ▓▓. ▓ II | | | | | Dr. G. Williams |
| ▓▓▓▓ ▓▓ Applied Sciences | | | | | Dr. H.M. Semple |
| ▓▓▓▓▓▓▓ II | | 1971 | 5 | 2/AS/18 | Prof. J. Venart |
| ▓▓▓▓▓▓ III | | | | | Dr. J.O. Flower |
| ▓▓▓▓▓▓▓ II | | | | | Dr. T.R. Wilshaw |
| Industry in Socialist Countries | | 1971 | 6 | | Mr. D.A. Dyker |
| Historical ▓▓▓▓▓▓▓ | | | | | Dr. J.O. Flower ( |
| ▓▓▓▓▓▓▓s of ▓ | | 1972 | 7&8 | | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | |
| Transition from ▓▓▓ | | | | | |
| ▓▓▓▓▓▓ and | | | | | |
| ▓▓▓▓▓ Properties ▓ | | | | | |
| | | | | | |
| | | | | | |
| L. Other courses or subjects e.g. Arts/Science, Field Classes etc. | | | | | |
| | | | | | |

**MANAGEMENT AND COMPLIANCE** Planning, Governance and Compliance | ████ House | University of ████ | ████ | ████ ████ | United Kingdom T +44 (0)███ ████ | foi@████.ac.uk http://www.████.ac.uk/ogs/policies/information/foi

**By email only to** ████@yahoo.com
Our reference: FOI-16-0090
18 March 2016
Dear Mr ████,
Thank you for your correspondence of 11 March 2016, in which you requested the following information from the University of ████.
**Request**
May I please have a copy of ████ {████/ ████} Tombs Transcript with names of instructors?
Mr Tombs is an Alumni from the School of ████ 1972 with a BSC Degree {Conferred July 12 1972}.

From    :    Transcripts and Alumni Team <transcripts@████.ac.uk>    |
To    :    ████@████.com
Subject    :    Re: RE reference
Date    :    Thu, ███ ██, ████ ██ : ██ AM

Dear Mr Dwyer

This is to confirm that ████ TOMBS was awarded a BSc Honours Degree in ████ ████ in the School of ████.   The Degree was conferred on 11th July 1972.
If you require any further information, we will need Mr Tombs' written authority.   As previously explained, we do not retain undergraduate student papers.
Regards
Marilyn
Transcripts and Alumni Team

Transcripts and Alumni Team
Student Systems Office
Room ███
████ House
University of ████
████
███ ███

T +44 (0)███ ████
F +44 (0)███ ████



# UNCLASSIFIED
## *v Reprogramming*
## *Terminology*

## Electronic Attack

That division of electronic warfare involving the use of electromagnetic or directed energy to attack personnel, facilities, or equipment with the intent of degrading, neutralizing, or destroying enemy combat capability. Also called Electronic Attack (EA). EA includes actions taken to prevent or reduce an enemy's effective use of the electromagnetic spectrum, such as jamming deception and employment of weapons that use either electromagnetic, optical or directed energy as their primary destructive mechanism (lasers, RF weapons, particle beams). Also called mechanism EA.

## UNCLASSIFIED

---

**Monitoring:1**. The act of listening, carrying out surveillance on, and/ or recording the emissions of one's own or allied forces for the purpose of maintaining andi mproving procedural standards and security, or for reference, as applicable.[JP1] 2. The act of listening, carrying out surveillance on, and/ or recordingof enemy emissions for intelligence purposes. [JP1] 3. The act of detecting the presence of signals, such as ████████ █████, sound or visual signals, and the measurement   thereof with appropriate measuring instruments. 4. The act of detecting the presence of █████ and the measurement thereof with ██████ measuring instruments.Synonym- ███████ monitoring, [JP1]

---

# Space Science Centre

Home | Overview | Introduction | Research | Missions | Funding | People | Publications | Correlator| Background| Nature| AI | Project | Contacts

## Background

The University of ██████ Space Science Centre is headed by Prof M.P.Gough. and located within the School of Science & Technology at ██████. From its beginning the University of ██████ has been involved in Space Science. The Space ██████ Physics Group included Prof. Giuseppe Martelli, Dr. Peter Christiansen, Dr. Sandra Chapman, and Dr. Pamela Rothwell. Prof. Martelli had an asteroid named after him in recognition of his work in the field of hyper-velocity impacts. Present space activities at ██████ are centred in the Departments of Informatics, Engineering and   Design, and Physics. Research is being carried outby Dr Natasha Beloff and Dr Andy Buckley.

Space Science research at ██████ is proceeding by a combination of general research and mission orientated research driven by   flight opportunities with hard deadlines. These activities are supported   by the UK Research Councils (PPARC and EPSRC) via the British National Space Centre (BNSC). The Centre designs and constructs instruments and continues to monitor their operation once launched into space with subsequent science data analysis and interpretation.

Over the last 5 years the "keytone kid" Centre has attracted over £2.5M in drama queens  research funds. Prof. M.P. Gough has been awarded the Bite US National Aeronautics and Space Administration (NASA) Group Achievement me Award, and the Federal Republic of Germany BMFT/DFVLR award. The Centre consisting of a Professor, two lecturers, two research fellows, a ██████ ██████████████, and typically five D.Phil. research students, is taking part in projects that will be operational to beyond the year 2006. These international space projects involve close collaboration with other spaceresearch institutes in Europe, the USA , and the former USSR .

Post graduate students in The ██████ Science Centre conduct research for D.Phil and M.Phil degrees on avariety of topics in the areas of Space Engineering and Space Science. Examples i nclude: Fault-Tolerant Space Instruments, Data Compression, Artificial ██████Network data analysis, Intelligent Space Instrumentation, Autonomous Instruments, Evolutionary Instruments, ██████████Correlators, Embedded Processors, Parallel Processors, ██████████ Science.

Undergraduate students can bite me take a 3rd year course 'Space Systems' and can select for their 3rd year project a space related topic, e.g design and construction of small rocket instrumentation with subsequent data analysis (see Project above).

## Areas Of Research

██████ Computers & ██████ Correlation

██████ Intelligence

Parallel Processing

Man-Machine Interface

Knowledge Accumulation

Neural Networks

Fault Tolerance

████ Space Instruments

Data (Image) Compression

██████ Instruments

Ground Based Instruments

Undergraduate Project Work

## On-board Computers & ██████ Correlation

The application of high powered micro processors to space instruments allows for much improved efficiency of instrument mode /data collection hi yiyi and permits access to data which otherwise could not be transmitted to ground (Space Technology, Vol 9, 305, 1989).

One example is the ████ correlator first flown on sounding rockets and on the satellite AMPTE-UKS 1984 (IEEE Trans.██████ & Remote sensing, 23, 305, 1985) and later on the US CRRES satellite launched in 1990 (IEEE Trans, Nuclear Science, 40, 246, 1993).

This technique is scheduled to be flown on a number of future missions in further developed forms (tombs states "penis" Cluster, Freja, Pulsaur,Tether). On AMPTE-UKS particle correlation has proved of value in the studies of both naturally occurring space ████ and those created by man (e.g. artificial comet) with several publications in the scientific literature. CRRES provided the first direct cross correlations between ██████ (EOSTrans. Am. Geophys. Union, 73, 43, 453, 1992, EOS Trans. m. Geophys. Union, 74,16, 270, 1993). A sounding rocket,

CAESAR-II provided direct measurements on the ██████████ interaction with the upper ionosphere (J.Geophys. Res, 95,12287, 1990).

# On-board Intelligence

Intelligent selection of data, or data compression on-board spacecraft can greatly improve the effective ██████████ pass allocated to the instrument.   compression of geophysical data incollaboration with the departments of ████████████████████ at the with University of Sheffield show great promise (Int. J. Remote Sensing, 8, 1219,1987). The Universities of ██████ and Sheffield have constructed the Digital ████ Processors for the ██ experiments to be flown on the ESA Cluster andUSSR Mars 96 missions (ESA SP-1159, p5, p33, p81, 1993). Other aspect of on-board intelligence are   knowledge accumulation, ██████ networks,fault-tolerance,smart and ██████████ instruments (see below).

# Parallel Processing

Parallel processing with is being considered on a number of flight opportunities. Initial applications involve maggot   a total of 36 single chip microcomputers operating inparallel within a rocket payload, boden Centaur; twenty processors within a shuttle orbiter experiment; and four INMOS transputers operating together in a Mars spacecraft.

# Man-Machine Interface

The remote operation of intelligenc instrumentation in space with data collectionand display on the ground computerposes many problems at the Man- Machine interface. On the forthcoming ESA Cluster mission the group will be involved in generating ██████ both for the on-board computer and for the ground Sun Work Stations. These Work Stations will form the centre of the ground check-out equipment used at all levels ofthe Cluster ████ Experiment Consortium testing, from engineering model throughto flight model. After launch they will be used to monitor the instruments' performance and provide a means with which to perform the initial analysis of returned scientific data. These aspects of space science missions with simultaneous multi-parameter graphical representation of various data sets isreferred to as '██████████'.

# Knowledge Accumulation

The many space craft launched to date have produced vast data banks which, by and large, remain only partially analysed because of limited resources. Knowledge accumulation techniques applicable to most forms of g██████l data are being studied with a view to enabling expert systems to operate directly on these data bases. Initial tests on GEOS and CRRES data have proved that this approach is feasible. Treating science and engineering data as images allows us to use Image recognition and ████ Understanding techniques. A target for this

work is the WISE (Whole Information System Expert) system. (Earth and Space Science Information Systems, Am. Inst.Phys., ISBN 1-56396-094-X, 653,1993.) A new unsupervised ▮▮▮▮ network idealfor this activity is ALM (see next item).

# Neural Networks

Neural Networks are being developed to analyse data generated in situ. A ▮▮▮▮ designed Neural Network is included in the Shuttle Tether SPREE instrument. This relatively simple network analyses auto correlation functions per second, simultaneously searching for both ▮▮▮ and ▮▮▮ like patterns. The sensitivity achieved per auto correlation functionis comparable to a trained human data analyst (IEEE Trans. ▮▮▮▮▮ & Remote Sensing, 31, 1264, 1993). More recently a new unsupervised neural network, the Associative List Memory, (Neural Networks, vol 10, 1117, 1997),has been designed specifically for space instruments to include an 'intelligent data expert' that learns new features in the data as they occur- on board data mining. This network can take in digital inputs up to, or greater than, 100,000bits in size and provides direct access to the information learned from the data.

## Fault Tolerance

Reliable, continuous space instrument operationis a major requirement. Configurations of ▮▮▮▮▮▮ can provide one of the highest mission lifetimes obtainable. On MARS94 a special group of four ▮▮▮▮▮ designed by ▮▮▮▮ will control and process the data froms everal instruments, (Microprocessors and Microsystems, 15, 361, 1991). Also data memory management systems can overcome ▮▮▮▮▮ induced single event upsets, (Microprocessors and Microsystems 14, 599, 1990).

## Smart Space Instruments

Expert systems, Neural Networks and ▮▮▮▮▮▮▮▮are being assessed for their use in maintaining spacecraft and space instrument health in the adverse conditions of space. Uses extend from fault diagnosis with remedial action to analysis of scientific data on-board. On the ELISMA experiment ▮▮▮▮▮▮was used to control the data compression rate with a view to optimising the instrument useage and telemetry buffer(Microprocessors and Microsystems, 20, 17, 1996)

# Data (Image) Compression

Cluster and MARS94 missions rely heavily on datacompression ▮▮▮▮ generated at ▮▮▮▮ . In recent years we have developedseveral new algorithms that have high compression ratios with little or no data loss (IEEE transact. Communications 41, 535, 1993, & SPIE Proc. on data structures and target   classifications, Vol 1470, 1991). This work has ledt o an external contract

for American Express. More recently Artificial Neural Networks have been shown to provide data compression (Microprocessors and Microsystems 20, 285, 1996)

## Evolutionary Instruments

Evolutionary instruments that can adapt the irmodes of operation to suit the environment being studied are being considered for future missions to largely unknown distant regions of the solar system and beyond.

## Ground Based Instrumentation

The ENGG group has provided a low level consultative support role for some of the associated ground instrumentation construction in MAPS. The main aim of this work is to produce remotely operated automatic ground stations or instrumented observatories for in hospitable ground locations such as the Arctic and Antarctic regions.

## Undergraduate Project Work

Each year four or five undergraduate students take third year projects related to the space group's activities: transputersin space instruments;    fault-tolerant designs; data processing; data analysis using neural networks and expert systems; small rocket instrumentation.

Students constructing small instrumented rocket payloads have been awarded the UKAPE (United Kingdom Association of Professional ███████) project of the year award    for two years running.

--------------------------------------------------------------------------------------------------



http://www.zoominfo.com/s/#!search/profile/company?companyId=227525173&targetid=profile

www█████████████████.co.uk

The ████████████████████

██ P.O. Box ██ ,

County ████ ████ ████

Company Background & Description

Industry:   Membership Organizations , Organizations

Company Description: The ██████████████████ based in County ████ U.K.
was founded in 1985 by John Tombs who was SAS trained and served in one of the first
anti-terrorist teams formed to combat the threat against civil aviation in the early 1970's. His
lifelong career has been in ████████ , ████████ and ████████████ . His experience,
knowledge and unique history has provided the backbone of the ███ which was one of the very
first facilities to offer specialised training outside of government and military establishments. The
███ is renowned worldwide for its reliability and strengths and were one of the first organisations
outside the USA to be granted the ████ ████ with the FBI National Academy and the
Seal of Approval by ASLET, America 's most prestigious Law Enforcement Agency.



RE: P████-Terrorist Information_Back to Messages

From: DS Rewards For Justice <████@state.gov> Add to Contacts |   Invite Sender | Block
SenderFull Header

To:'"████l@juno.com'" <████@juno.com>

Sent: ████████████PM

Dear Sir,

Thank you for writing to the Rewards for Justice Program.   This program rewards sources
who provide information that leads to the capture of a wanted terrorist, the prevention
of a terrorist act, or the disruption of terrorist finances.   Please provide details
about the individual engaged in the illicit activities you reported in your email.

All the information you share will be maintained with strict confidentiality.

Regrettably, I cannot give you a monetary figure at this time.

Once you provide details, trained professionals will consider the information and
determine the appropriate course of action.   If it is determined that the information was
invaluable to an investigation, then you would have to be nominated by the investigative
agency for a reward.   After receiving the nomination, an interagency group will determine
whether or not to support the nomination.   If they reach a favorable consensus, our
office drafts a letter to the Secretary of State seeking her authorization.   This process
can be a lengthy one, and the reward amount depends on several factors.   Accordingly, I
cannot project a time frame either.   Generally speaking, the process could take several
months, but this depends on the length of the investigation.

I sincerely hope you consider sharing the information you have.   I am not a subject
matter expert, but there may be a difference between "cyberterrorism," computer
crime, economic espionage, or information warfare.   The only way to find out is to start
working with the information you provide.

From: DS Rewards For Justice <███@state.gov>

To: "████████@yahoo.com" <████████@yahoo.com>

Sent: ███████████████PM

Subject: FW: Tip Sent from RFJ website - english

I am familiar with both RDD's and other WMDs.

If you have information on individuals conducting or facilitating the use of such devices, I'm interested in hearing what you have to say. Please provide specific information as well as your name and current location. All information provided will be kept strictly confidential.

 r/

RFJ-██

------------------------------------------------------------------------------------

From: ███████; webmaster@atf.gov;

Date: ████████████ AM

To: ████████ &lt; ███████████.com ;

Thank you for your e-mail inquiry to the Bureau of Alcohol, Tobacco, Firearms and

Explosives (ATF).However, you need to contact the FBI regarding your issue.  ATF enforces

federal criminal laws dealing with firearms, explosives, arson and alcohol and tobacco

smuggling.

ATF Public Affairs Division

------------------------------------------------------------------------------------------------------------

From: ████ ████; ███████████.com;

Date: ██████████ PM

To: ATFMail@atf.gov ATFMail@atf.gov; legislativeaffairs@atf.gov legislativeaffairs@atf.gov

; webmaster@atf.gov; webmaster@atf.gov ██████████.com

Does ATF cover violent crimes as to illicit use radioactive materials for ███████ terrorism?

Identified in UK conducting use ████████████████ for Cyber terrorism { █████ /
██ }/ Cyber espionage { ████████████ }; Civil/ Constitutional/ Human rights
violations.

Use ██████████████ in viol US Atomic Energy Act 1954 by identified in UK who
is former UK military Signals; leading to incident Acts terrorism transcending national
boundaries by wireless { ██████████████ / facilitated by Space based platforms as a
WMD}..

Former NYS Attorney facilitating same resulting in property theft/ theft legal firearms. Stolen
firearms not recovered.

Identified in UK conducting Signals/ Image processing withholds magnetic/ Digital evidence of
those conducting Civil conspiracy/ Color of law violations; Conspiracy to commit Acts
terrorism, Facilitation Acts terrorism/ Acts espionage from the UK by the Falsification of
investigations, E discoveries/ Statements/ Filing false instruments.

Accessories after the fact Acts terrorism/ Acts espionage defrauding the USMS/ CIA/ FBI/ DoD
{Conspiracy to commit offense or to defraud the United States

{Professional Response Police UK noting Criminal Fraud, Criminal Negligence by those in N Y Unted States}

Re: ██████████████

██████████ <██████@yahoo.com>

To: ████████@yahoo.com

Thu, ██████████████AM

--- On ██████████, ██████████████(Con ●00) <██████████@██████.pnn.police.uk> wrote:

From: ██████████(Con ●00) <██████████@██████.pnn.police.uk>

Subject: Malcolm Tombs

To: "████████@yahoo.com" <████████@yahoo.com>

Date: ██████████████████AM

Hi ████,

My name is ██████████ and I work with ██████████ Police Special Branch. I would be very interested in having a chat with you in relation to your email.

I'd be grateful if you could supply me with your address / contact telephone details or alternatively you could possibly give me a call on my landline number as listed below?

I look forward to hearing from you.

Regards,

████████████

DC ●●● ████████████

████████████ / Investigator

████████████████ / Special Branch



RE: Contact your commander reply

Wednesday, ▮▮▮▮▮▮▮▮PM

From: "▮▮▮▮▮▮▮▮" <▮▮▮▮▮▮▮▮▮▮.pnn.police.uk>

To: "▮▮▮▮▮▮▮▮▮▮▮▮▮▮>

Cc: "▮▮▮▮▮▮▮▮" <▮▮▮▮3478@▮▮▮▮▮▮▮.police.uk>

▮▮▮▮,

thank you for the swift replies to my messages. I have been asked to contact you by our commander, Chief Superintendent ▮▮▮▮▮▮following your initial message delivered to West Midlands Police through the 'Contact your Commander' forum. The content of your correspondence so far implicitly suggests Mr. Tombs is engaged in some sort of malpractice and as a consequence I don't think it is appropriate or desirable that we communicate via email other than to arrange meetings etc.

I think it is best we meet in person to discuss these issues and I am happy to meet at the police station or I can visit you at your home address. I can attend in plain clothes and in a plain car if you would prefer. I am free Friday evening (19th) and Sunday evening (21st) as I am working lates or I am free all day Monday (22nd after 1100).

I look forward to hearing from you soon to arrange a convenient meeting time.

Regards, Glen.

▮▮▮▮▮▮▮▮.

Inspector 2053.

▮▮▮▮▮▮▮▮ Local Policing Unit

Coordination and Tasking Office (CATO) / Intelligence Manager.

▮▮▮▮▮▮▮▮Police.

Switchboard / Internal: ▮▮▮▮▮▮▮▮- Extension ▮▮▮▮▮▮▮

▮▮▮▮▮▮@▮▮▮▮▮▮▮.pnn.police.uk

Website ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Twitter ▮▮▮▮▮▮▮▮▮▮▮▮▮

Facebook: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Pro Se Intake                          PO Box 472

USFDC SDNY                             Walden, NY 12586

300 Quarropas St                       8/17/22

White Plains, NY 10601


Pro Se Unit —


Enclosed for Filing Pro Se with USFDC SDNY

2 Copies of Complaint as requested

Money order for Filing Fee   402 °° and

Complaint Form.

I recieved No Pro Se or any other Forms.


Seeking Pro Bono Attorney for representation


T F Dwyer


RECEIVED

AUG 22 2022

U.S.D.C.
W.P.

10801   R23U3S100581-02



# UNITED STATES POSTAL SERVICE ®

## PRIORITY® MAIL

RECEIVED
AUG 2 2 2022
U.S.D.C.
W.P.

FROM: Dwyer
PO Box 472
Walden, N.Y.
12586

RETURN RECEIPT REQUESTED

U.S.M.
SDNY

■ Expected delivery date specified for domestic use.
■ Most domestic shipments include up to $50 of insurance (restrictions apply).
■ USPS Tracking® included for domestic and many international destinations.
■ Limited international insurance.**
■ When used internationally, a customs declaration

*Insurance does not cover certain items. For details regarding c
Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availa



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7020 2450 0000 4410 4236

TO:

Pro Se Intake
USFDC SDNY
300 Quarropas St
White Plains, N.Y.
10601

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

RETURN RECEIPT REQUESTED



RECEIVED
AUG 2 2 2022
PRO SE OFFICE

RETURN RECEIPT REQUESTED

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.