UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS F. DWYER,<br><br>                          Plaintiff,<br><br>      -against-<br><br>UNITED KINGDOM GENERAL COMMUNICATIONS HEADQUARTERS (UKGCHQ), ET AL,<br><br>                         Defendant. | 22-CV-7171(LTS)<br><br>CIVIL JUDGMENT |

     For the reasons stated in the October 24, 2022, order, this action is dismissed.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 24, 2022
          New York, New York

                                                            /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                               Chief United States District Judge